IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHAIDEZ, | 1:08-cv-00212-AWI-DLB-PC |
| Plaintiff, | ORDER VACATING COURT'S ORDER OF MARCH 24, 2008, AS TO PAYMENT OF FILING FEE |
| vs. | (Doc. 5.) |
| THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS, et al., | ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS TO CEASE DEDUCTIONS FROM PLAINTIFF'S PRISON TRUST ACCOUNT FOR PAYMENT OF FILING FEE FOR THIS ACTION |
| Defendants. | |
| | As to Roberto Chaidez, CDC# F-47646 |

Plaintiff, a state prisoner at Corcoran State Prison in Corcoran, California, is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2008, plaintiff's application to proceed in forma pauperis was granted, and California Department of Corrections was ordered to collect the $350.00 filing fee for this action from plaintiff's prison trust account and forward payment to the court. (Doc. 5.)

By order issued separately this case was administratively closed, and the complaint from this action was filed and docketed in plaintiff's other pending action 1:08-cv-00185-LJO-GSA-PC. As a result, the $350.00 filing fee shall be collected in plaintiff's other pending action.   To date, no

1

payments have been received by the court for payment of the filing fee for this action. In light of the foregoing, the court's order of March 24, 2008 shall be vacated only as to payment of the filing fee; this order does not affect plaintiff's in forma pauperis status. The California Department of Corrections shall be directed to cease deductions from plaintiff's prison trust account for payment of the $350.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED:

1. The court's order of March 24, 2008, is VACATED only as to payment of the filing fee for this action;

2. This order does not affect plaintiff's in forma pauperis status;

3. The California Department of Corrections is DIRECTED to CEASE collection of the $350.00 filing fee for this action from plaintiff's prison trust account;

4. The Clerk is DIRECTED to SERVE a copy of this order on:

   1) the Financial Department of the United States District Court, Eastern District of California, Fresno Division;

   2) the Accounts Department of Corcoran State Prison, P.O. Box 8800, Corcoran, California 93212; and

   3) the Director of the California Department of Corrections, 1515 "S" Street, Sacramento, California 95814.

IT IS SO ORDERED.

Dated:   **August 7, 2008**           /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

2